932

■ ALLING & CORY COMPANY, Respondent, v. UTICA AUTO EXPRESS TERMINAL ASSOC. et al., Appellants, et. al., Defendant.— Motion granted and stay continued on condition printed records and briefs are filed and served on or before November 15, 1957.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT H. FISH, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of RICHARD JONES, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERRY PINATARO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD HALL, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ MARINE TRUST COMPANY OF WESTERN N. Y., as Executor of MAX M. OPPENHEIM, Deceased, Respondent, v. BERNARD D. LEVY et al., Appellants.— Motion granted and stay continued, on condition that printed records and briefs are filed on or before November 15, 1957.

■ Estate of JOSEPH ZENNER, by PHILIP L. ZENNER, Plaintiff, v. GEORGE E. HEBERT, as Superintendent of Buildings, City of Syracuse, et al., Defendants.— Motion for adjournment of motion denied; motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT ROSS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ OLEAN WHOLESALE GROCERY CO-OPERATIVE, INC., Respondent, v. A. SYLVESTER CUMMINGS, Individually and as President of Local 649, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL-CIO, Appellant.— Application for a stay denied upon condition that the parties proceed to a trial of the issues raised by the complaint and any answer or supplemental pleadings that may be served, which trial is set to commence at the Special Term of the Supreme Court held in Erie County on Tuesday, November 12, 1957, and upon the further condition that if the trial is not concluded and the issues decided on or before November 26, 1957, the application for a stay is granted, with leave to the plaintiff to apply to Special Term for an order directing the appellant to furnish security for any damages that may be incurred as the result of the stay.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS KOONS, Appellant.— Motion to appeal as a poor person denied, on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.